IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 27 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | JUDGE LIOI |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:21CR408 |
| v. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(A), |
| AQUILEO PEREZ-PINEDA, | ) | and 846 |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Conspiracy to Manufacture and Possess with Intent to Distribute Methamphetamine,
21 U.S.C. § 846)

The Grand Jury charges:

1.  From on or about January 1, 2018 through on or about March 24, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant AQUILEO PEREZ-PINEDA, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknow to the Grand Jury, to manufacture and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant AQUILEO PEREZ-PINEDA shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.